

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00369-CR

| | | |
|---|---|---|
| Jerry Minor | § | From the 16th District Court |
| | § | of Denton County (F-2012-1938-A) |
| v. | § | July 31, 2014 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Terrie Livingston  
      Chief Justice Terrie Livingston